# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 446 WAL 2015
                                      :
            Respondent        :  Petition for Allowance of Appeal from
                                      :  the Order of the Superior Court
                                      :
               v.                   :
                                      :
                                      :
OMALI A. MCKAY,               :
                                      :
            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.